

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 4, 2025

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *The New York Times Company v. U.S. Department of Defense*,
               24 Civ. 6337 (CM)

Dear Judge McMahon:

      This Office represents the United States Department of Defense ("DoD"), defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This case concerns FOIA requests submitted by Plaintiff to three DoD components, the U.S. Central Command ("CENTCOM"), the U.S. Army Special Operations Command, and the U.S. Department of the Army ("Department of Army") (the "FOIA Requests"). We write jointly with Plaintiff's counsel to provide the Court with a status update since the filing of the parties' May 5, 2025 letter (Dkt. No. 16).

      As of the filing of this letter, CENTCOM anticipates that non-exempt portions of nine pages of potentially responsive records that were referred for consultation will be released within 30 days.

      As for the Department of the Army, on July 18, 2025, the U.S. Army Human Resources Command and the U.S. Army Review Boards Agency each released non-exempt portions of additional records responsive to one of Plaintiff's FOIA requests. As of July 18, 2025, the Army has completed its searches, processing and releases of non-exempt records responsive to Plaintiff's FOIA request.

      The parties thank the Court for its consideration of this joint status report.

Hon. Colleen McMahon     Page 2 of 2
August 4, 2025

                                      Respectfully,

                                      JAY CLAYTON
                                      United States Attorney
                                      Southern District of New York

By:  /s/ *Tomoko Onozawa*
      TOMOKO ONOZAWA
      Assistant United States Attorney
      Tel.: (212) 637-2721
      Email: tomoko.onozawa@usdoj.gov

cc:    (via ECF)
       All Counsel of Record