UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

          Plaintiff,

    v.

UNITED STATES DEPARTMENT OF DEFENSE,

          Defendant.

24 Civ. 6337 (CM)

## STIPULATION OF DISMISSAL

WHEREAS, on or about August 22, 2024, plaintiff The New York Times Company ("Plaintiff") filed this suit in the United States District Court for the Southern District of New York pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the release of certain records allegedly possessed by defendant United States Department of Defense ("DOD"), in connection with three FOIA requests for the same records, dated March 28, 2024 (the "FOIA Requests");

WHEREAS, on or about October 24, 2024, DOD filed an answer to Plaintiff's Complaint;

WHEREAS, DOD has released to Plaintiff non-exempt portions of records responsive to the FOIA Requests;

WHEREAS, Plaintiff has determined that it will not pursue further release of information or documents and now wishes voluntarily to discontinue this action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1.      The Complaint shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

2.      Plaintiff agrees to withdraw the FOIA Requests from further processing by DOD, and to dismiss with prejudice any and all claims that Plaintiff now has or may hereafter acquire against DOD or the United States of America related to or arising out of the FOIA Requests.

3.      Nothing in this Stipulation affects, or shall be construed to affect, the rights of Plaintiff to pursue further release of information or documents from DOD through other FOIA requests.

4.      The parties understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
        September 11, 2025

THE NEW YORK TIMES COMPANY

By: _____
DAVID E. MCCRAW
The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-4634
Email: mccraw@nytimes.com

*Counsel for Plaintiff*

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Phone: (212) 637-2721
Fax: (212) 637-2686
Email: tomoko.onozawa@usdoj.gov

*Counsel for Defendant*